# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| **THOMAS K. LOCKHART, JR. and DAWN F. FORD**, <br><br> Plaintiffs, <br><br> v. <br><br> **HOME-GROWN INDUSTRIES OF GEORGIA, INC. d/b/a MELLOW MUSHROOM**, <br><br> Defendant. | Civil Action No. 3:07-CV-00239 <br><br> **ORDER** |

This matter having come before the Court on motion of local counsel for Defendant Home-Grown Industries of Georgia, Inc. for admission *pro hac vice* of Norman M. Leon and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* representing Home-Grown Industries of Georgia, Inc.

IT IS THEREFORE ORDERED that the motion is granted and that Norman M. Leon is admitted to practice before this Court *pro hac vice*.

Signed: June 25, 2007

David C. Keesler
United States Magistrate Judge