# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-239-RJC-DCK

| | |
|---|---|
| THOMAS K. LOCKHART, JR. and<br>DAWN W. FORD,<br><br>    Plaintiffs/Cross-Defendants,<br><br>v.<br><br>HOME-GROWN INDUSTRIES OF GEORGIA,<br>INC., d/b/a MELLOW MUSHROOM<br><br>    Defendant/Cross-Plaintiff. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties "Joint Motion To Stay The Initial Attorney Conference" (Document No. 10), filed July 5, 2007 and Plaintiffs' "Motion For Extension Of Time To Answer Defendant Home-Grown Industries Of Georgia, Inc.'s Answer And Counterclaim" (Document No. 11), filed July 9, 2007. These matters have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and are now ripe for review.

Having fully considered the arguments, the record, and the applicable authority, the undersigned will <u>deny</u> the motions as moot.

The parties' "Joint Motion To Stay..." requested that the Court "stay the initial attorney conference until such time as the Court rules on the Defendant's pending Motion for a Preliminary Injunction." The Honorable Robert J. Conrad, Jr. issued a "Memorandum And Order" (Document No. 18) on September 10, 2007 granting a preliminary injunction and thereby mooting the motion to stay (Document No. 10). In addition, Plaintiffs' "Motion For Extension of Time..." became moot on July 30, 2007 when Plaintiffs filed their "...Reply To Defendant's Counterclaim" (Document No.

13).

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay The Initial Attorney Conference" (Document No. 10) and Plaintiffs' "Motion For Extension Of Time To Answer Defendant Home-Grown Industries Of Georgia, Inc.'s Answer And Counterclaim" (Document No. 11) be **DENIED AS MOOT**.

Signed: September 28, 2007

David C. Keesler
United States Magistrate Judge